**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JANET FIE and LAUREL LEE**
**PATTERSON-WILLETT, and other**
**similarly situated**

    **Plaintiffs,**

**v.**                              **Case No: 5:15-cv-598-Oc-CEMPRL**

**AMERICAN IN-HOME CARE, LLC**

    **Defendant.**

# ORDER

Before the Court is Plaintiffs' initial motion (Doc. 17) and their supplemental motion (Doc.18) to extend time to serve Defendant with all the documents in their possession, custody, or control that pertain to the unpaid wages at issue in this case. The original deadline to serve these documents was January 18, 2016 (Doc. 15), and Plaintiffs seek an additional twenty days as the Plaintiffs, who are full-time caregivers, have had difficulty in personally meeting with their counsel to review the required documents. Plaintiffs represent that Defendant opposes this motion, but, given the good cause shown, the extension is due to be granted.[1] Accordingly, Plaintiffs' supplemental motion to extend time (Doc. 18) is GRANTED and they shall deliver to Defendant, on or before **February 7, 2016**, the required documents. Plaintiffs' initial motion (Doc. 17) is terminated as moot.

---

[1] The parties are reminded that, as stated in this District's Discovery Handbook, "[d]iscovery in this district should be practiced with a spirit of cooperation and civility."

**DONE** and **ORDERED** in Ocala, Florida on January 22, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties