UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JANET FIE and LAUREL LEE PATTERSON-WILLETT,**

   **Plaintiffs,**

v.              Case No:  5:15-cv-598-Oc-41PRL

**AMERICAN IN-HOME CARE, LLC,**

   **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 29). United States Magistrate Judge Philip R. Lammens submitted a Report and Recommendation ("R&R," Doc. 30), in which he recommends that the Court grant the motion and dismiss the case with prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 29) is **GRANTED** insofar as it requests that the Court find the Settlement

Agreement and Release (Doc. 29-1) to be a fair and reasonable resolution of a bona fide dispute under the FLSA.[1]

3. This case is **DISMISSED with prejudice**.

4. All pending motions are **DENIED as moot**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] In their motion, Plaintiffs suggest that, because there has been no compromise, the Court need not undertake a fairness review. Plaintiffs, however, point to no damages-related allegations with which to compare the compensation awarded via the settlement agreement. *Cf. Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1240 (M.D. Fla. 2010) (clarifying that, while uncompromised claims are not subject to plenary review, the initial determination of whether a plaintiff receives full compensation is reserved for the district court).